DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

PHILLIP L. HUNTER and PAULA V. MILLER,

Appellants,

v.

PAUL X. HUNTER,

Appellee.

No. 2D22-2566

_____

December 27, 2023

Appeal from the County Court for Hillsborough County; Michael J. Hooi, Judge.

Phillip Hunter and Paula V. Miller, pro se.

Paul X. Hunter, pro se.

PER CURIAM.

Affirmed.

NORTHCUTT, VILLANTI, and LaROSE, JJ., Concur.

_____

Opinion subject to revision prior to official publication.